CAT III

PRISONER CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

07CV6507
JUDGE KOCORAS
MAG. JUDGE MASON

# Civil Cover Sheet

**Plaintiff(s):** AMIN JUMAH

**Defendant(s):** UNITED STATES OF AMERICA DRUG ENFORCEMENT ADMINISTRATION

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Amin Jumah
#16819-424
Metropolitan - MCC
71 West Van Buren
Chicago, IL 60605

**Defendant's Attorney:**
United States of America
219 South Dearborn Street
Chicago, IL 60604

FILED
NOV 16 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** Maya Burke   **Date:** 11/16/07