# United States District Court
# Northern District of Illinois

In the Matter of

Amin Jumah

v.

United States of America

Case No. 07 C 6507

Designated Magistrate Judge
Michael T. Mason

*J. Darrah*

*ctt*

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

In accordance with the provisions of Rule 13 of the Internal Operating Procedures of this Court, I recommend that the above captioned case be reassigned to the calendar of Judge **John W. Darrah** who has acknowledged the reasons and conditions of this reassignment on the reverse of this form.

_____
Judge Charles P. Kocoras

Dated: 12/17/2007

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **John W. Darrah**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: DEC 1 9 2007

Reassignment by Agreement (Rev. 9/99)

I agree that case number **07C6507** should be reassigned to my calendar as specifically set forth below:

This civil case is related to a criminal case pending before Judge Darrah. The plaintiff here is the same person as the defendant in the criminal case and the claims made in the civil case may overlap with some of the criminal case. The civil case should be transferred to Judge Darrah by agreement of both assigned judges.

☐   It is also agreed that if the Executive Committee approves this reassignment, the following numbered case(s) should be reassigned to the calendar of Judge _____ as replacement(s):

■   It is also agreed that if the Executive Committee approves this reassignment, the reassignment of a replacement case(s) is not required.

_____
Judge John W. Darrah

Dated: 12/18/07



Reassignment by Agreement (Rev. 9/99)