Amin Jumah
Reg. No. 16819-424
Metropolitan Correctional Center
71 W Van Buren St.
Chicago, IL 60605

February 15, 2008

United States District Court
Northern District Of Illinois
219 South Dearborn Street
Chicago, IL 60604

RE: Case No. 07 C 6507
Honorable Judge John W. Darrah
Amin Jumah V. U.S.A

**FILED**

FEB 19 2008

Feb 19, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To the Clerk of the Court I have submitted the request to the trust officer at the MCC to mail a check in the amount of $350.00, It will take 7 to 10 working days for the check to arrive at your office. Please allow me an extra time to take care of this matter, In case you don't receive the check on time.
Please mail me a conformation when you get the fees.

I thank you for all the help and the attention your office provided to this case.

Sincerely,

Amin Jumah

Memo: Docketing received 02/14/2008