UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AMIN JUMAH )
)
    Plaintiff, )
)
) Case No. 07 C 6507
) Honorable Judge
V. ) John Darrah
)
UNITED STATES OF AMERICA )
DRUG ENFORCEMENT ADMINISTRATION )
)
    Defendant, )

**FILED**
APR 1 5 2008
Apr 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### REQUEST TO THE COURT TO APPOINT COUNSEL

Now comes the Plaintiff, AMIN JUMAH, Pro Se, by and through his own means, respectfully request the Honorable Court to enter on order to schedule a hearing on the Request For The Court To Appoint Counsel, and in support thereof states as follows:

Mr. Jumah Request a counsel, that he will help to review documents, investigate, the case and call witnesses, and other facts in regards to the named case.

Plaintiff, Mr. Jumah, respectfully request the court to grant his request and appoint him a Counsel.

Respectfully submitted,

_/s/ Amin Jumah_  4/11/08
Amin Jumah, Plaintiff    Date.