UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AMIN JUMAH

    Plaintiff,

V.

UNITED STATES OF AMERICA
DRUG ENFORCEMENT ADMINISTRATION,

    Defendant,

Case No. 07 C 6507
Honorable Judge
John W. Darrah

07cv6507 FILED
APR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APR 21 2008

NOTICE OF FILLING

TO: United States Attorney
219 South Dearborn Street
Suite 500
Chicago, IL 60604

Please take notice that I have caused to be filed with the clerk of the United States District Court for the Northern District of Illinois Eastern Division, the attached documents. Plaintiff, Amin Jumah, respectfully request that this Honorable Court add this additional evidence to the records of the named case.

Respectfully submitted,

_____ 4/07/08
Amin Jumah, Plaitiff    Date.
Metropolitan Correctional Center
71 W Van Buren Street
Chicago, IL 60605

CERTIFICATE OF SERVICE

I, Amin Jumah certify that I caused a true and correct copy of the attached documents to be served on all parties by placing same in a correctly addressed envelope with prepaid postage affixed thereto and deposited in the U.S. mail at the MCC-Chicago, on the 07 of April, 2008

_____ 4/07/08
Amin Jumah, Plaintiff    Date.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AMIN JUMAH )
    Plaintiff, )
) Case No. 07 C 6507
) Honorable Judge
V. ) John Darrah
)
)
UNITED STATES OF AMERICA )
DRUG ENFORCEMENT ADMINISTRATION )
    Defendant, )

APR 21 2008

**FILED**

APR 21 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLAINTIFF AMIN JUMAH AFFIDAVIT IN SUPPORT OF HIS ENTERING EVIDENCE TO COURT RECORDS

I, Amin Jumah, under oath states the following:

I am the Plaintiff in Amin Jumah V. United States. In 2002,2003.I signed an agreement with the DEA Agens, James Jones, Jim Loring and John Kasmouski to work as a CI and help gather information,wire taping,record conversations, and other activities authorized by the agents. I provided information and help with setting up drug dealers with purchases of mainly tablets mainly called pseudoephedrine, I was authorized to carry samples for the purpose of showing the dealers that I have the drugs and they could check the equality of the drug, I worked for over a year on this case and the agreement was,that I will get paid my 20% commission on this case after the bust goes down and the money, property in the DEA hands. On April 15, 2003 the DEA announced the arrest of over 65 individuals in ten cities throughout the United States and Canada in the drug operation NORTHERN STAR. The next day I called DEA Agent Jim Loring and ask him what is the size of the bust and he said it is big and I will call you tomorrow and give you the information and I ask him about my commission and he said to me don't worry brother I am not going to forget about you, just give me little time and you will get your commission. It took almost a year of talking to agent Jim Loring and Agent James Jones. On or about January ,2004 Agent James Jones ask me to write a statement about the names of people were arrested in the operation namely NORTHERN STAR, so he will take care of my pay check or commission. I did write the statement and called agent Jones to meet with him and he ask me to go to the DEA office to meet with him and give him the letter and the tape of a voice mail and the conversation between Agent Loring and myself about my commission. After meeting with Agent Jones he informed me that he will call me as soon he get the authorization from his boss to pay me my money and that was on or about January of 2004 and never heard from him again.

Original written statement was given to DEA Agent, Jones included and marked as; ExB1-3

Respectfully submitted

_____ 4/07/08
Amin Jumah, Plaintiff  Date.

RE: NORTHERN STAR OPERATIN CASSE

I AMIN JUMA I BEN WORKING WITH THE F,B,I FOR THE PAST 11 YEARS AS (INFORMENT)
WITH AGENT . JOHN DIWICK HE IS THE PERSON INTRODUSE ME TO THE D,E,A AGENTS,
I WORKED WITH ( KEETH LIND) FOR SOME TIME ON ( MOUNTAIN EXPRESS -I-II AND III WIT, HJOHN KASMOUSKI GROUP 32 AND D,E,A CALIFORNIA WITH( BRADLEY GROUP OF 13 AGENTS EVERY TIME
I WORKED WITH A GROUP I GOT PAID AFTER THE ARREST AND CASH WAS SEIZED,
I HELP CALIFORNIA D,E,A WITH 3 OPERATIONS (1) MOUNTAIN EXPRESS OPERATION,
AND (2) MAALI OPERATION CASH WAS SEIZED AND(3) RIVERSIDE OPERATION DRUGS BUST AND
CASH WAS OVER 800.000.00 DOLLARS(4) HAFEZ HUSSEN OPERATION CASH WAS SEIZED
THE AMOUNT OF 197.000.00 DOLLARS I NEVER GAVE STATMENT TO THE D,E,A JUST TO
MAKE A STORY . I WORK HARD WITH AGENTS TO MAKE THE ARREST AND SEIZED THE DRUGS
AND CASH, NORTHERN STAR OPERATION WAS"NT EASY I GEVE (JIM , LOREIN) INFORMATION
ON A DAILY BASSIS THEN I MET ( JAMES JONES) J&J IN SUMMIT POLICE DEPARTMENT
WAS INTRUDOST TO ME BY D,E,A AGENT( KASMOUSKI) KASMO ASK ME TO GEVE J&J
AND (JIM) ALL THE INFO I HAVE ON NORTHERN STAR TEAM AND THEY SAID TO ME STARTS FROM TODAY TO WORK WITH J&J AND JIM ON THIS CASS AND HELP GATHER INFORMATION
AND YOU GET PAID THE SAME WAY YOU WORK WITH OUR GROUP (32) JIM GAVE ME 100.00
U.S DOLLARS FOR EXPENSES AND ASK ME TO REPORT EVERY INFO I GATHER TO HIM
I STARTED TO CALL JIM FOR ALL THER MOVMENTS ,I USED TO SET IN MY CAR FOR HOUERS
IN FRONT OF THE RESTURANT 111&HARLEM FALOW KAIRDIN ALNOUBANI LATE AT NIGHT TO SE
WHAT HE IS DOING AND WERE HE IS GOING I SET W KHALED ABO ARAB IN HIS RESTURANT
FOR A LONG TIME JUST TO GET INFO ON EVERY BODY DEALING WITH PSEUDO IN CONECTION
WITH KHALED AND ALNUBANI GROUP AND I DID PROVIDE NAMES AND PHONE NUMBERS LICENSE
PLATES AND MAKE OF CARS THEY DROVE NAMES AS FOLOW ,EZZAT KHLIL, NASER BASTE,
HAFEZ HUSSEN,KHALED ABO ARAB,MIZYED,JAMEEL ADAWE,HUSSEN

WAZWAZ,MUSTAFA YAMANI,WALEED WAZWAZ, WALEED SHLASH, KHALED ABO ARAB, KAIRDEN ALNUBANI,WALEED ABD ALNABI,NASSER GRAIEB, AND NAIEM ABD ALNABI FROM CANADA NAIEM HE IS THE CONECTIONS BETWEN KHALED ABO ARAB AND ALNOUBANI NAIEM I SPOKE TO NAIEM EVERY WEEK TO TRY GET THIS MAN TO COME AND MEET ME IN CHICAGO HE ASK ME TO GO TO CANADA AND MEET HIM , HE TOLD ME HE IS THE ONLY PERSON GOT THE CONICTIONS WITH
THE PSEUDO COMPANIES AND I MET HIS SON TO MANY TIMES HERE IN CHICAGO HIS SON
WALEED ABD ALNABI, I RECORDET SOM PHONE COVERSATIONS,I GOT WIERED SOME TIMES,
I WENT WITH D,E,A AGENT JIM TO KHALED RESTURANT AND I HAVE THE RECORDER ON
ME, I REPORT TO JIM EVERY MOVMENTS EVERY MEETING ,I MET EZATT KHALIL AND KAIRDIN
AT JULIANA RESTURANT IN THE NORTH SIDE AND I TOLD HIM THE WAY THE WERE SPENDING
MONEY ON TIPS AND THROWING CASH IN THE AIR FOR THE BALEY DANCERS,
I GEVE JIM INFO ON KHALED MOVMENTS , I GEVE JIM INFO ON HAFEZ HUSSEN AND HIS
STORE ACTIVITY, WE TRY TO GET ATEF ISSA TO BUY SOME PSEUDO FROM ME,I GEVE INFO ON
HOW THEY SMUGEL THE PSEUDO IN CANDY BOXES AND IN THE BACK OF S,U,V TRUCKS,
AND HOW THE START EMPTING THE BOTTILS OF PSEUDO IN TO A PLASTIC BAGS LOOS,
THIS THE WAY NAIEM ABD ALNABI FROM CANADA TOLD ME IF I WANT A SHIPMENT I WILL
PAK THE DRUG 25000 BELLS IN 1 PLSTIC BAG AND PAK 4 BAGS IN ON CANDY BOX AND MIX
THEM IN SHIPMENT OF CANDY, I ASK JIM AND KASMOUSKI, IF THERE IS AWAY TO TRAVEL TO
CANADA AND MEET WITH NAIEM ABD ALNABI , THEY ASK ME TO TRY AND MEET WITH HIM
IN DETROIT IN THE PAST I ASK NAIEM TO COME TO CHICAGO AND MEET ME HE SAID TO
ME I CANT I AM HOT AND THE D,E,A WILL GET ME BECUSE HE USED TO DEAL WITH
THE MOUNTAIN EXPRESS GROUP AND HE TOLD ME HIS SON IN CHICAGO AND IF I WANT
TO MEET HIS SON, HE GAVE MA HIS SON PHONE NUMBER AND I MET WITH HIS SON IN
HIS APARTMENT ,HIS SON TOLD ME HE WILL ARANGE THE SHIPMENT IF I WANT TO BUY
PILLS , I REPORT ALL THIS MOVMENTS TO JIM , I BEN ASKED BY J&J TO WRITE A REPORT ON

NORTHERN STAR OPERATIN THIS IS THE FIRST TIME I AM HAVING DEFECULTY OF GETING PAID
ON A CASSE I WORKED WITH D,E,A OR ANY AGENCY,
I AM A HARD WORKING INDIVIDUAL WHO STRIVES TO IMPROVE HIS POSITION IN LIFE.
I EARNED MY TRUST AND SUCCESSFULL RELATIONSHIP WITH D,E,A /CUSTEM/C,S/F,B,I
FOR MANY YEARS ,AND I WILL BE READY TO HELP ANY AGENCY TO BUST AND ARREST
ANY DRUGS DEALING OR WRONG DOING FOR THE REST OF MY LIFE,
I HAVE FAMILY WITH 3 KIDS AND I AM AGENST ANY PERSON HOW MAKES IT EASY FOR
KIDS TO GET HOLD OF ANY SUBSTANCE TO USE.


I AM INCLUDING A COPY OF A TAPE THE LAST CONVERSATION WITH D,E,A AGENT JIM LORIN
CONFERMING MY ASSISTANCE AND COMMISION ON NORTHERN STAR OPERATION DATED
   APRIL/17/2003 ,( AMIN ) YES CAN YOU HERE ME (JIM) I CAN HERE YOU(AMIN) OK NOW IS BUTER
 (JIM) OK(AMIN)SO I TALKE TO KASMO HE ASK ME TO CALL JIMY HE IS NOT GOING TO FORGET ABOUT YOU(JIM) NO DONT WORY I TAKE CARE OF YOU MAN JUST WE DONT KNOW MUTCH
WE HAVE YET ITS GOING TO BE LETIL A WILE(AMIN)OK (JIM) I AM NOT GOING TO FOR GET YOU
O WRITE,(AMIN) I GET MY PRESINTAGE(JIM) YES YOU GETPRESINTSGE YES I WILL GEVE YOU A CALL TWOMORROW (AMIN)DONT FORGET ME(JIM)I WON"T BROTHER(AMIN)THANK YOU JIM(JIM)ALL
RITE ,ALL RITE



THANK YOU          01/09/2004
AMIN  JUMA
(708)705-8982