IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AMIN JUMAH,

    Plaintiff,

V.

    Case No. 07 CV 6507
    The honorable Judge
    John Darrah

DRUG ENFORCEMENT ADMINISTRATION,

    Defendant.

FILED
MAY 8 2008
5-8-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILLING

To: United States Attorney Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604

Please take notice that I have caused to be filed with the clerk of the United states District Court for the Northern District of Illinois Eastern Division, the attached documents. Plaintiff, Amin Jumah, respectfully request that this honorable court to enter this Affidavit in to the records of this case, and issue the subpoenas for Mr. Molharn and his coworker when nedded.

    Respectfully submitted,

    _____ 5/07/08
    Amin Jumah, Plaintiff,   Date.

## CERTIFICATE OF SERVICE

I, Amin Jumah, certify that I caused a true and correct copy of the attached documents to be served on all parties by placing same in a correctly addressed envelope with prepaid postage affixed thereto and deposited in the U.S. mail at the MCC-Chicago, on the 07 of May, 2008.

    _____ 5/07/08
    Amin Jumah, Plaintiff   Date.

AFFIDAVIT OF AMIN JUMAH

FILED
MAY 8 2008
5-8-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, Amin Jumah, hereby swear and affirm that the following information is true and correct, based upon information and belief;

1. I am the Plaintiff in case 07 C 6507, which is before the Honorable Judge John W. Darrah.

2. Mr. Jumah worked as a confidential source, (CS) from on or about 1990 through 2004 and I was identified as CS 01-105544.

3. I worked in several states, including Illinois.

4. Task force John Kasmouski was my primary contact in Chicago, after DEA agent Landa went to Iraq war, and Officer Kasmouski had a few conversation with my mortgage loan officer on or about 2003, while I am in the process of purchasing my maple park property. officer Kasmouski gave a statement to the loan officer Mike Molharn and the under writer of my loan, which is confirming that Mr. Jumah will have a contract for the next 2 years and I will earn enough money to afford the mortgage.

5. Mr. Molharn is a loan officer from TCF BANK he lives in LA FOX, Illinois and his phone number is (630)918-9788. He debriefed John Kasmouski in the mortgage transaction. I am seeking Mr. Molharn and his coworker from TCF BANK to testify. I do need Mr. Molharn to testify about the dates, and the statement he took from Officer Kasmouski and his supervisor Gary Jackson because they were debriefed by Mr. Molharn few times.

I, Amin Jumah, Declare under penalty of perjury that the forgoing is true and correct. Executed this 7th day of May, 2008.

Respectfully submitted,

_____  5/07/08
Amin Jumah        Date.