IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MIN JUMAH,

    Plaintiff,

V.                      Case No. 07 CV 6507
                        The honorable Judge
                        John Darrah

DRUG ENFORCEMENT ADMINISTRATION,

    Defendant.

FILED
MAY 8 2008
5-8-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ENTERING EVIDENCE TO COURT RECORDS

Now comes the Plaintiff, Amin JUmah, Pro Se, by and through his own means, respectfully request the honorable Court to enter the new evidence in to the court records to support and show that the Plaintiff had a contract at the time which he was employed by The DEA and never got paid for his work for the Drug operation name NORTHERN STAR OPERATION. in April of 2003.

Copy of contracts marked Exb, 4-6 included.

AFFIDAVIT

I, Amin Juamh, Declare under penalty of perjury that the forgoing is true and correct. Executed this 7th day of may, 2008.

                        Respectfully submitted,

                        Amin Jumah

U.S. Department of Justice
Drug Enforcement Administration

# CONFIDENTIAL SOURCE AGREEMENT

I. **Instructions (To be completed by the Controlling Investigators and the Confidential Source (CS)).**

I have been requested by the Drug Enforcement Administration (DEA) to provide assistance in the investigation of violations of the Controlled Substances Act. I understand that I am authorized, while under the direct supervision or control of DEA Controlling Investigators, to perform activities that include the following:

1. The controlled purchase of controlled substances in an undercover capacity under the direction and control of DEA Controlling Investigators.

2. The introduction of an undercover agent to a violator.

3. The infiltration of a drug trafficking organization.

4. To pose as a person engaged in the illicit sale or distribution of controlled substances.

5. To assist in the controlled delivery of controlled substances to a violator.

6. The consensual wearing of a recording or transmitting device in furtherance of these activities.

7. The taping of telephone conversations between myself and drug violators in furtherance of these activities.

8. Other (specify) _____

Ex b, 4-6

II. **Acknowledgements:**

In performing the investigative functions detailed above, I understand and agree to the following:

1. I understand that my assistance to the DEA and any statements that I may make to my Controlling Investigators are entirely voluntary.

2. I will provide truthful information at all times.

3. The United States Government and the DEA will strive to protect my identity, but cannot guarantee that my identity will not be divulged as a result of legal or other compelling considerations, or that I will not be called to testify in court as a witness.

4. The DEA does not promise or agree to any consideration by a prosecutor or a court in exchange for my cooperation, since any decision to confer any such benefit lies within the exclusive discretion of the appropriate prosecutor and court. However, DEA will consider (but not necessarily act upon) a request to advise the appropriate prosecutor's office or court of the nature and extent of my cooperation with DEA. I voluntarily waive any privacy requirement in the event that in DEA's discretion they may be legally required to disclose my identity to the court.

5. I understand that I have no immunity or protection from investigation, arrest, or prosecution for anything that I say or do, except for activities specifically authorized by my Controlling Investigators pursuant to my cooperation with DEA. I agree to abide by the instructions of my Controlling Investigators and will not take any independent action on behalf of DEA or the United States Government.

FORM DEA-473 (3-02) *Previous editions obsolete*        Electronic Form Version Designed in JetForm 5.2 Version

00042

6. I have not been authorized to participate in any criminal activity, except as specifically authorized in writing by a prosecutor and/or my Controlling Investigators. I understand that I may be prosecuted for any unlawful conduct that I may have committed in the past or may commit in the future.

7. I understand that I am not an employee of the DEA or the United States Government and may not represent myself as such.

8. I understand that I may not enter into any contract or incur any obligation on behalf of the United States Government or DEA, except as specifically instructed and approved by the DEA.

9. I understand that although I may be eligible for compensation for my services, the DEA reserves the exclusive right to determine whether I will receive any payment or compensation and to determine the amount of such payment or compensation.

10. I understand that I am liable for any taxes that may be due on any compensation or payments provided by DEA.

11. I understand that no promises may be made, other than by the Immigration and Naturalization Service (INS), regarding my immigration status or right to enter or remain in the United States.

12. I understand that I am only authorized to participate or engage in the specific conduct set forth above, and that I may not participate or engage in any other illegal activity.

13. I understand that this agreement is in force from __5-13-02__ until __5-13-03__ (not to exceed one year).

14. I understand that I may not, under any circumstances, participate in an act of violence; participate in any act that constitutes obstruction of justice (e.g., perjury, witness tampering, witness intimidation, entrapment, or the fabrication, alteration, or destruction of evidence); participate in any activity designed to obtain information by an unlawful method (e.g., breaking and entering, illegal wiretapping, illegal opening of the mail, trespass amounting to illegal search, etc.); initiate or instigate a plan or strategy to commit a federal, state, or local offense.

15. I understand that if I am asked by any person to participate in any of the prohibited conduct listed in (14) above, or if I learn of plans to engage in such conduct, I must immediately contact my Controlling Investigators.

I fully understand and agree to the above.

Confidential Source:       _____  5/13/02
                           Signature                   Date

                           __CS-01-105544__
                           Confidential Source No.

Controlling Investigator:  TFA _____  5/13/02
                           Signature                   Date

Controlling Investigator:  TFO _____  05/13/02
                           Signature                   Date

Exb 5-6

6. I have not been authorized to participate in any criminal activity, except as specifically authorized in writing by a prosecutor and/or my Controlling Investigators. I understand that I may be prosecuted for any unlawful conduct that I may have committed in the past or may commit in the future.

7. I understand that I am not an employee of the DEA or the United States Government and may not represent myself as such.

8. I understand that I may not enter into any contract or incur any obligation on behalf of the United States Government or DEA, except as specifically instructed and approved by the DEA.

9. I understand that although I may be eligible for compensation for my services, the DEA reserves the exclusive right to determine whether I will receive any payment or compensation and to determine the amount of such payment or compensation.

10. I understand that I am liable for any taxes that may be due on any compensation or payments provided by DEA.

11. I understand that no promises may be made, other than by the Immigration and Naturalization Service (INS), regarding my immigration status or right to enter or remain in the United States.

12. I understand that I am only authorized to participate or engage in the specific conduct set forth above, and that I may not participate or engage in any other illegal activity.

13. I understand that this agreement is in force from __10/11/02__ until __10/11/03__ (not to exceed one year).

14. I understand that I may not, under any circumstances, participate in an act of violence; participate in any act that constitutes obstruction of justice (e.g., perjury, witness tampering, witness intimidation, entrapment, or the fabrication, alteration, or destruction of evidence); participate in any activity designed to obtain information by an unlawful method (e.g., breaking and entering, illegal wiretapping, illegal opening of the mail, trespass amounting to illegal search, etc.); initiate or instigate a plan or strategy to commit a federal, state, or local offense.

15. I understand that if I am asked by any person to participate in any of the prohibited conduct listed in (14) above, or if I learn of plans to engage in such conduct, I must immediately contact my Controlling Investigators.

I fully understand and agree to the above.

Confidential Source:        _____[signature]_____        10/11/02
                                    Signature                          Date

                            Confidential Source No. __CS-01-105544__

Controlling Investigator:   _____[signature]_____        10/11/02
                                    Signature                          Date

Controlling Investigator:   _____[signature]_____        10-11-02
                                    Signature                          Date

00037