Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6507 | DATE | 5-12-08 |
| CASE TITLE | Amin Jumah (#16819-424) v. United States Drug Enforcement Administration | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for appointment of counsel [#11] is denied. By Minute Order of April 14, 2008, the court dismissed the complaint and ordered the plaintiff to show good cause in writing why dismissal should not be with prejudice. The court finds that appointment of *pro bono* counsel is not warranted. *See Pruitt v. Mote*, 503 F.3d 647, 654 (7th Cir. 2007); *see also* Local Rule 83.36(c) (N.D. Ill.) (listing the factors to be considered in determining whether to appoint counsel). However, on the court's own motion, the plaintiff is granted an additional thirty days from the date of this order to respond to the show cause order.

■ [Docketing to mail notices.]

ste