UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AMIN JUMAH,

v.

Case No. 07 C 6507

Honorable Judge:
John W. Darrah

UNITED STATES OF AMERICA
DRUG ENFORCEMENT ADMINISTRATIONS.

FILED
JUN 1 1 2008
Jun 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE OF MOTION

PLEASE TAKE NOTICE That on June 09, 2008, I filed with the Clerk of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, the attached Motion and Affidavit in response to Honorable Judge John W. Darrah order to show cause.

_____ 6/9/08
Amin Jumah
M.C.C. Chicago

CERTIFICATE OF SERVICE

I, Amin Jumah, Plaintiff, do hereby certify that I caused to be served a copy of the attached documents on June 09, 2008, I mailed a copy of this Motion by first class mail, postage pre-paid, to the United States District Court of Illinois, 219 South Dearborn Street, Chicago, IL 60604.

_____ 6/9/08
Amin Jumah.