```
                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS            FILED
                       EASTERN DIVISION

                                                         JUN 1 1 2008
AMIN JUMAH,                          )
                                     )                   MICHAEL W. DOBBINS
         Plaintiff,                  )                   CLERK, U.S. DISTRICT COURT
                                     )
V.                                   )      Case No. 07 C 6507
                                     )      Honorable Judge:
                                     )      John W. Darrah
                                     )
                                     )
UNITED STATES OF AMERICA,            )
DRUG ENFORCEMENT ADMINISTRATION,     )
                                     )
         Defendant.                  )
```

MOTION FOR ORDER FOR COPYS

Now Comes The Plaintiff Pro Se, Out of Necessity, Respectfully requests this court to provide copy's of this Motion and future motions or documents do to the volume of copy's needed in this case Plaintiff does not redly have access to a copy machine, nor does M.C.C. Chicago or it's staff provide copy's on request.

THEREFORE, Plaintiff, Amin Jumah, receive a remedy in response to this motion.

Respectfully submitted,

_____   6/9/08
Amin Jumah, Plaintiff,    Date.



**FILED**
JUN 1 1 2008
Jun 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AFFIDAVIT OF AMEN JUMAH
In supporting the response to the Court order to show cause. Case No. 07 C 6507

I, Amen Jumah, hereby swear and affirm that the following information is true and correct, based upon information and belief;

That I worked as a confidential source from on or about 1990 through 2004 and I was identified as CS 01-105544.

On or about Mrch 2003, I got paid for my work on the Jimmy Shish Kabab, I was paid the agreed commission of 20% the amount was 29.800.00 dollars.

I kept providing information to my handler Agent John Kosmowski on Pseoduephedrin Traffickrs.

On or about July 2002 I received some information about Pseduefdrine Traffikers from Kentucky, I reported the information to my handler Agent Kasmowski, then I was instructed to follow up with this traffickers and start gather information, report everything back to him.

On or about September 2002 i met with Group Supervisor, Gary Jackson and agent Hoyt and other agents from DEA groups 31 and 32.

On or about October 2002, I started to write statements on the DEA form "6", and I provide information on Individuals that deal with Pseduepedrine and the information was enough for the DEA to approve a meeting between the traffickers and myself, so I did arrange a meeting with Mr. Yammani at the truck stop in Indiana after I got the instruction, and i was provided with the sample of pseduephedrine from agent John Kosmowski that meeting end with help full information to aide the DEA with NORTHERN STAR OPERATION.

1

On or about October 2002 I met other individuals and negotiated Pseduephedrine deals with them at 111th street and Harlem Avenue in Worth Illinois.

Between October and November 2002, I met Agents Group 32 includes my Handler agent Kosmowski to setup a drug sting with Mr. Yammani and Mr. Naim, the meeting was at Empress Casino, after meeting the agents and I went through out the steps and what to do in that meeting, a recorder was installed on me and I was giving a sample of pseduephedrine to show the traffickers I am going to meet, and that meeting was terminated on or about 11:00 PM.

On or about October /November 2002, I met the DEA group 32 at Summit Police Departments to setup a pseduephdrine deal and to meet with Mr. Issa at his store located at 74th and Cottage Grove. I was wired and giving the sample to show Mr. Issa the Drug and for him to inspect the quality of it.

On or about October 2002, I met with agents of DEA group 31 and 32, agent Hoyt, agent Kosmowski, agent Loring and I placed a series telephone calls to Issa and Yammani and Naim, and all the conversations were recorded and reported on DEA form "6".

On or about early November, I was debriefed by John Kosmowski, Hoyt, and agent Weidner about early meetings with Nine Drug Traffickers and I gave all the tapes I have recorded of the meeting between the traffickers and myself.

On or about early November 2002, I met with another group of traffickers at the restaurant located at 111th Street and Harlem, thy were 11 people at that meeting and all of them in prison at this time and serving prison time for there convictions involving in NORTHERN STAR OPERATION.

2

On November or early December 2002 I made some calls to and the conversation s were witnessed by agent Hoyt, and agent Kosmowski and recorded.

On or about December 2002 I recorded conversations to six Individuals (Drug Traffickers) from Canada, Kentucky, and Chicago. All the conversations were recorded and reported on DEA form"6".

On or about January 2003 I met with Agent Jim Loring, agent Kosmmowski and agent Hoyt, at the meeting I was instructed by Agent Kosmowski to cooperate withagent Loring in regards to Northern Sar Operatin and report every thing to him starts from this date(Jan 9/14,2003)I ask agent for a down payment for my assistant with Northern Star Operation and he ask me to wait ,so i will get paid a big amount at once and he reached his pocket and give me %100.00 dollars for Gas and toll ways. That day I was asked by agent Loring to go to the restaurant located at 111th Street and Harlem and meet with a pseduephedrine trafficker and record a conversation with him,it was set for later on that day for me to go and meet that person (Khaled), I made a phone call and the meeting was setup, I drove my car and agent Loring followed me with his Black SUV from a far dissting we communicated and the mission was accomplished, and I was to go back the next day or two to the same restaurant for a second meeting and provide the trafficker with pseduephedrine sample.

That time I ask John Kosmowski to provide me of a sample and he said to me that, he doesn't have any at this time, it was early morning, but he ask me to wait, and he will get the sample for me later that night, at around 5:00 or 6:00 PM he call me and informed me that he is at the Summit Police Department and he is not staying for long, and he ask me were I am about and how far, I reply by saying that it will take me 45 minutes to get there, then he instructed me that he will leave the samples behind the trash can by the side door at Summit Police Department.

3

On or about 6:00 PM that night I went to Summit Polica Department and I picked up the tow Bottles of Pseduephedrine from behind the trash can and I call Agent Kosmowski to inform him that I got the samples and I am going to meet the Trafficker at his restaurant.

I provided information on the daily basses and recorded conversations, and wrote reports on DEA form "6" for over 10 months.
I arrange meetings, surveillances and following traffickers for miles and distances and endangering my life just to help catch the traffickers and take drugs of the street and make a living.

On or about February 2003 I got a phone Call from Agent Kosmowski, and he informed me that I will have to take the stand and testify against Mr. Hussen If I want to get paid my 20% commission on Jimmy Kabab and if I don't testify I will not see a dime and further informed me that US assistant Attorney Mr Power and his partner on the Shish Kabab case going to call me and confirm that, I am going to take the stand. Five minutes past by and I received a phone call from the U.S assistant Atorney and I was asked to take the stand or I will not get paid, so I agreed to take the stand, but never happen because, he was threatened not to go after his money and if he continue with his case he is going to be charge with Drug charges, so he give up and did not go after his money. And after a month or so I got paid my 20% commission on that case(Jimmy Kabab).

On or about early Aplril 2003, I was asked not to be in the area were is the bust of Operation Northern Star going to take place, so I took of for a few days and the bust happen on or about April 14 2003.

On or about April 17 I call agent Loring to find out what is going on and he informed me that everything went well and I will get my commission as soon the DEA finds out how much property and cash was seized and the conversation was recorded between agent Loring and myself.

4

On or about July of 2003, I mat with agent Kosmowski and agent Hoyt at the Summit Police Department for debriefing on some pseduephedrine traffickers in the Chicago area, and agent Hoyt offer to me a new case to work with him on a Cocaine drug bust and he gave me the information along with prices and names, addresses of suspects on a piece of not pad paper with his hand writing (copy included in Exhibit "L").

In between April of 2003 and November 2003 I was in contact with agent Jim Loring, FBI agent John Diwick, and John Kosmowski in regards to my 20% commission for my assistance with Northern Star Operation and each time I call the DEA agents to get paid I also called FBI John Diwick.

On or about January 2004 I was asked by agent James Loring to contact agent James Jones in regards to my 20% commission, so he will provide me with the help needed to speed the process of me getting paid.

On or about January 7-9 2004 I contacted agent James Jones, so agent Jones ask me to write statement showing the names of all the defendant I assisted the DEA to arrest them and call him in few days so that to meet and for him to get the document, also agent Jones ask me to provide him of the voice message tape I have and every copy and not to tell anyone about the tapes, or I will never get paid and I will get in trouble if I did.

On or about January 2004, I visited agent Jones at the DEA office in Chicago (it was a pre scheduled appointment) and I gave him the statement and the micro tape, then he ask me if I have any other copy's of the tape, because he want to make sure that I am not holding an extra copy on him. My visit to the DEA did not take more than 30 minutes, I gave agent Jones the statement, the tape and we talked about the next case I am working on and I told him about Ali Qasem's Case and I told him that John Kosmowski my handler on that case and I report everything to him, it was a

5

female agent in the office with agent Jones at that time, he responded, that keep up the good work and he will talk to his boss and help me speed the process for me to get paid and ask me not to call him and as soon he get the approval for my payment he will call me or notify agent Kosmowski, then I left the office.

Agent Jones did not tell me that he is not going to help me nor told me that I don't deserve to get paid. Agent Jones promised to get my check and help me to get paid, but instead, he lied to me and went on and setup a reverse sting.

On or about February 2004 I called Agent Jones and that was when he ask me not to call him anymore and he is going to contact agent Loring and confirm that conversation between Agent Loring and myself.

Date 6/9/08          Signed [signature]

6