Amin Jumah #16819424
F.C.I FORT DIX
P.O. BOX 2000
FORT DIX., NJ 08640

FILED
JUL 18 2008 MB
JUL 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07-11-08

CLERK OF THE COURT
PRISONER CORRESPONDENCE
219 SOUTH DEARBORN ST
CHICAGO, IL 60604
RE: Casees No. 04 CR 237 / (07 C 6507)

NOTICE OF ADDRESS CHANGE

Respectfully, I am asking the Honorable COURT CLERK to change my Address in the Court system, that will Cover any or all files in the Seventh District of the Northern of Illinois District or any District in the state of Illinois. I had moved from M.C.C Chicago on June-16-0: Please send any new activeties or copy of Docket Reports from that date to todays date to my new address.

Respectfully,
Amin Jumah 16819424