IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUL 29, 2008
JUL 2 9 2008
MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AMIN JUMAH                )
                          )
       Plaintiff,         )   Case No. 07 C 6507
                          )   Honorable Judge
                          )   John W. Darrah
V.                        )
                          )
UNITED STATES OF AMERICA  )
DRUG ENFORCEMENT ADMINSTRATION, )
                          )
       Defendant.         )

NOTICE OF FILLING

Please take notice that I have caused to be filed with the clerk of the United States District Court for the Northern District of Illinois Eastern Division, the attached documents.

Respectfully submitted,

_____  7/22/08
Amin Jumah, Plaintiff   Date.
Federal Correctional Institution
P.O. Box 2000
Fort. Dix, NJ 08640

CERTIFICATE OF SERVICE

I, Amin Jumah certify that I caused a true and correct copy of the attached documents to be on all parties by placing same in a correctly addressed envelope with prepaid postage affixed thereto and deposited in the U.S. mail at the Fort Dix Institution/ New Jersey, on the    of       , 2008.

_____  7/22/01
Amin Jumah, Plaintiff   Date.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 29, 2008
JUL 2 9 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| AMIN JUMAH, | |
| Plaintiff, | Case No. 07 C 6507 |
| | Honorable Judge |
| V. | John W. Darrah |
| UNITED STATES OF AMERICA | |
| Defendant. | |

### AMENDED COMPLAINT FOR RELIEF

NOW Comes the Plaintiff, AMIN JUMAH, Pro Se, by and through his own means, respectfully request the Honorable Court to grant his Relief Sought of seeking and Pleading for an amount greater than $10,000.

Plaintiff, AMIN JUMAH, filed suit against the Drug Enforcement Administration(DEA) of the United States of America, Plaintiff, Agrred. to provide Information to the United States DEA concerning the Illegal importation of Drugs, in order to assist the government's law enforcement efforts.

Plaintiff entered in to sign agreement and contract with the DEA for his cooperation, Plaintiff disclosed his information to DEA special Agents in charge. Plaintiff alleged that these officials agreed with him that in exchange for his information Plaintiff would receive 20 percent of the assets seized by the DEA based on information Plaintiff provids.

Plaintiff, AMIN JUMAH, was under contract with the DEA to provide the Government with Information and the Government Agents agreed with Mr. Jumah in exchange for his information Plaintiff would recieve 20 percent of assets seized, Agents also agree to help Mr. Jumah with his Citizenship and Passport.

Plaintiff filed suit against the Government in the Court of the 7th Circuit. Plaintiff alleged that the Government breached an Implied-In-Fact Contract to pay Plaintiff an award based on the recovery of property resulting from original Information provided by Mr. Jumah. Plaintiff Also claims nigligent misrepresentation by the Government in allegedly promising him an award, and sought declaratory relief, an accounting of the seizures alleged resulting from the information Mr. Jumah provided to the DEA and damges.
Plaintiff also claims negligent misrepresentation by the Government in allegedly promising to help him with his American Citizenship papers.

Plaintiff, AMIN JUMAH, alleged, that the Honorable Court should grant him a summary Judgement on the Contract claim, on the ground that Plaintiff had provided sufficient evidence that he was under contract with the Government(DEA) at the time of NORTHERN STAR OPERATION toke place.
The Honorable Court should grant the Plaintiff a declaratory relief, finding such relief in the Authority of the Honorable Court to grant because the claimwere appended to a valid contract claim.
Plaintiff agreed to cooperate with the government, and wasbrought to meet with DEA Agents and supervisors at the Summit Police Department, Mr. Jumah signed a contract that out lined the obligations of both the DEA and Mr. Jumah, the DEA agents inform Mr. Jumah that all other promisses, such as the 20 percent and the help with Mr. Jumah Citizenship and passport, will be as an Oraly add on to the contract.

Plaintiff, Mr. Jumah alleged false Imprisonment, Conspiracy, Intentional Inflction of Emotional Distress, Bad faith breach of contract, Invasion of Privacy, Negligence and trespass to conversation and chattels.
This Amended Complaint that Mr. Jumah Causes of action arose under the FIRST, FOURTH, FIFTH, EIGHTH and NINTH Amendments to the Constitution of the United States of America.

Mr. Jumah based his claim upon his written and Oral agreement with the DEA Agents, and representation that he alleged were made to him by various government agents and representatives,
Mr. Jumah seeking to recover his 20 percent of the NORTHERN STAR OPERATION, recovery of $15 Million US Dollars in comensatory dameges, $25 Million US Dollars in Punitive damages and $25 Million US Dollars for Intentional Infliction of Emotional Distress, and the recovery of his Citizenship CERTIFICATE.

Plaintiff, Mr. JUMAH, claimes that the DEA on line site (DEA.GOV) shoing that operation NORTHERN STAR seized assets was between 36 to 144 Millions. Plaintiff alleged that based on the information from the DEA files the 20 percent he is in title of will be greater than $10.000. US Dollars.

The government shall make the payment and pay the reward to Mr. Jumah, because the statutory conditions for recovery are met, and the statute would be money mendating and the Court would be within the Jurisdiction Act to grant the relief sought. Plaintiff, entitled as of right to payment of the award, and if the government refused to pay it, the Informer, Mr. Jumah, had the right to file suit in Court to compel that payment. This is a Government of laws, not of men.

Plaintiff, alleged that the government agents help him to get the financing for his house by providing him of 2nd job verifecation to his bank(Employment Letter from DEA).
Plaintiff alleged that the DEA agents helped him with his INS documents by getting his Travil Document but not his American Passport,
Plaintiff alleged that the government agents help change the FBI file records, to from Citizen of Israel to United States Citizen but Mr. Jumah claimes he never got his Citizenship Certificate, See FBI Records No. 469577CC3 Dated 08/09/2003.

WHEREFORE the Plaintiff Mr. Jumah, Respectfully request this Honorable Court to grant his relief sought and grant him summary Judgement of his pleadings in this Amended Complaint.

Respectfully submitted,

7/22/08
Amin Jumah, Plaintiff    Date

-3-