Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6507 | 8-05-08 **DATE** | 8-5-08 |
| **CASE TITLE** | Jumah (#16819-424) vs. United States of America | | |

**DOCKET ENTRY TEXT**

This Court lacks jurisdiction over Plaintiff's amended complaint [22]. The case is transferred to the Federal Court of Claims pursuant to 28 U.S.C. § 1631.

■[ For further details see text below.]

Docketing to mail notices.

---

### STATEMENT

Plaintiff, Amin Jumah, filed suit against the Drug Enforcement Administration ("DEA") of the United States of America, alleging that the DEA owes him money for work he engaged in as a confidential informant. Plaintiff has filed an amended complaint alleging a breach of contract claim against the DEA. Plaintiff seeks greater than $10,000 in damages. Because Plaintiff is bringing a breach of contract claim against the United States and he seeks greater than $10,000 in damages, jurisdiction does not lie in this Court. The Tucker Act vests the Court of Claims with exclusive jurisdiction over breach of contract claims brought against the United States seeking more than $10,000. *See* 28 U.S.C. §§ 1346(a), 1491; *Midwest Knitting Mills, Inc. v. United States*, 950 F.2d 1295, 1301 (7th Cir. 1991). Accordingly, this Court lacks jurisdiction over Plaintiff's amended complaint, and the case is transferred to the Federal Court of Claims pursuant to 28 U.S.C. § 1631.

U.S. DISTRICT COURT

2008 AUG -6 AM 9:09

FILED